UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CORNELL MONTEZ CHANDLER,<br><br>　　　　Defendant. | Case No: 23-cr-367(1) (JMB/JFD)<br><br>**DEFENDANT'S MOTION FOR FURLOUGH** |

_____

COMES NOW Defendant, CORNELL MONTEZ CHANDLER, by and through the undersigned counsel, and hereby requests that the Court approve a furlough from and temporary modification of the existing conditions of his release (ECF No. 59) to allow him to leave the halfway house in Duluth, Minnesota, and travel to St. Paul, Minnesota to spend some time with his family on Easter Sunday. Mr. Chandler asks that he be allowed to leave the facility on March 31, 2024 at 6:00 a.m. to return to the facility by 10:00 p.m. A proposed order accompanies this motion.

Respectfully submitted,

DATED: March 22, 2024   GOETZ & ECKLAND P.A.

By: *s/Frederick J. Goetz*
_____
FREDERICK J. GOETZ
MN Attorney Registration No. 185425
Banks Building
615 1st Avenue N.E., Suite 425
Minneapolis, MN 55413
(612) 874-1552

ATTORNEY FOR DEFENDANT