# *WHITLOCK LAW OFFICE, LLC*

*Ira W. Whitlock*
Attorney at Law

P.O. Box 25293                                                                                                     Office (651) 221-1075
Saint Paul, MN 55125-0293                                                     Mobile (612) 581-4490
Web Page: www.whitlocklawoffice.com                         Email: whitlocklawoffice@comcast.net

April 15, 2024

The Honorable John F. Docherty
United States District Court
316 North Robert Street
Saint Paul, MN 55101

Re:     *USA v. StarDasha C. Davenport-Mounger*
          *Case File No. 23-CR-367 (4) (JMB/JFD)*

Dear Magistrate Docherty:

I am writing to inform you Ms. Davenport-Mounger no longer requires a motion hearing in the above-referenced matter. For your information, the parties have reached a resolution. Consequently, the defense is withdrawing the pretrial motions previously filed on Ms. Davenport-Mounger's behalf and requesting the Court excuse Ms. Davenport-Mounger and myself from the motion hearing.

The parties will contact the Court to request a change of plea hearing. Thank you for your time and consideration. If you have any questions or concerns, please advise.

Sincerely,

s/ Ira W. Whitlock

Ira W. Whitlock

cc:     StarDasha C. Davenport-Mounger, Client
          Campbell Warner, AUSA