# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORNELL MONTEZ CHANDLER, JR,<br><br><br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Jeffrey M. Bryan<br>United States District Judge<br><br>Case No.: 23-CR-00367(1) (JMB/JFD)<br>Date: November 13, 2024<br>Court Reporter: Nancy Meyer<br>Courthouse: St. Paul<br>Courtroom: 3A<br>Time in Court: 2:11 PM – 2:46 PM<br>Total Time: 35 Minutes |

**APPEARANCES:**

    For Plaintiff:    Timothy Campbell Warner, United States Attorney's Office
    For Defendant:    Frederick J. Goetz
                    ☐ FPD, ☑ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:    None / English

☑ Sentencing Hearing

**IT IS ORDERED:**

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 160 Months | | 5 years | | |

☑ Special Conditions of:    *See J&C for special conditions.*

☑ Defendant sentenced to pay:
    ☑ Special assessment in the amount of $100.00 for Count 1.

☑ Defendant remanded to the custody of the U.S. Marshal.
☑ Sealed entries on the docket to remain sealed for no less than 15 years.

s/ L. Arzt
Courtroom Deputy
