# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Hon. Jeffrey M. Bryan<br>United States District Judge |
| v. | Case No.: 23-CR-00367 (9) (JMB/JFD)<br>Date: November 20, 2024<br>Court Reporter: Nancy Meyer |
| DA'SHAWN NATORI DOMENA, | Courthouse: St. Paul<br>Courtroom: 3A<br>Time in Court: 2:14 PM – 3:13 PM |
| Defendant. | Total Time: 59 Minutes |

**APPEARANCES:**

For Plaintiff:   Timothy Campbell Warner, Assistant United States Attorneys
For Defendant:   Jordan S. Kushner
☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:   None / English

**PROCEEDINGS:**

☒ Change of Plea Hearing.

☒ PLEA:
    ☒ Guilty as to Count 1 of the Information.

☒ Presentence Investigation and Report requested.

☒ Defendant released with the same conditions as prior to plea.

s/ L. Arzt<br>
Courtroom Deputy