# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Hon. Jeffrey M. Bryan<br>United States District Judge |
| v. | Case No.: 23-CR-00367(9) (JMB/JFD)<br>Date: March 20, 2025<br>Court Reporter: Erin Drost |
| DA'SHAWN NATORI DOMENA, | Courthouse: St. Paul, Minnesota<br>Courtroom: 3A<br>Time in Court: 2:34 PM – 3:23 PM |
| Defendant. | Total Time: 49 Minutes |

**APPEARANCES:**

    For Plaintiff:    Timothy Campbell Warner, United States Attorney's Office
    For Defendant:    Jordan S. Kushner
    ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language:    None / English

☒ Sentencing Hearing

☒ Defendant is ineligible to pay fines.
☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 for Count 1.
☒ Defendant is incarcerated for Count 1 for a total of 120 months.
☒ Defendant's supervised release for Count 1 will run for a total of 5 years.
☒ Defendant will self-surrender to the location directed by BOP or custody of the U.S. Marshal on April 15, 2025.
☒ Defendant is to remain under the conditions of pretrial release until self-surrender.

s/ L. Arzt
Courtroom Deputy